UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| DUSTIN E. GERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 7:22-CV-112-D-RJ** |
| KILOLO KIJAKAZI, Acting Commissioner of ) | |
| Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further administrative proceedings.

**This Judgment Filed and Entered on March 9, 2023, and Copies To:**

| | |
|---|---|
| Jonathan P. Miller | (via CM/ECF electronic notification) |
| Brittany Johanna Gigliotti | (via CM/ECF electronic notification) |
| Samantha Zeiler | (via CM/ECF electronic notification) |

DATE:  　　　　　　　　　　　　　PETER A. MOORE, JR., CLERK
March 9, 2023　　　　　　　　　　(By) /s/ Stephanie Mann
　　　　　　　　　　　　　　　　　　Deputy Clerk