UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| DUSTIN E. GERRY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MARTIN O'MALLEY, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:22-CV-112-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant is ordered to pay $21,018.75 to Plaintiff's Counsel, Jonathan P. Miller, pursuant to 42 U.S.C. § 406(b) for work performed in Federal District Court. Plaintiff's Counsel shall refund the $8,800.00 in EAJA fees to Plaintiff.

This Judgment filed and entered on September 4, 2024, and copies to:
Counsel of record for the parties (via CM/ECF electronic notification)

September 4, 2024

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk